JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IN RE SNAP INC. DERIVATIVE LITIGATION | Lead Case No. CV 22-1569-GW-RAOx |
|---|---|
| This Document Relates to: ALL ACTIONS | **ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II) AND 23.1(C)**<br><br>[*Filed concurrently with Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(A)(1)(A)(II) and 23.1(C)*]<br><br>Assigned to Hon. George H. Wu |

Upon stipulation of the parties, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. This Consolidated Action, No. 2:22-cv-01348-GW (RAOx), including both Related Derivative Actions (*Speer v. Spiegel et al.*, No. 2:22-cv-01348-GW (RAOx) and *Dodds v. Spiegel et al.*, No. 2:22-cv-01569-GW (RAOx)), is DISMISSED without prejudice.

      2.      Plaintiffs and Defendants shall bear their own attorneys' fees, costs, and expenses in relation to the Action; and

      3.      Notice to shareholders of this stipulation of voluntary dismissal is not required under Federal Rule of Civil Procedure 23.1(c) because: (i) there has been no settlement or compromise of this Action; (ii) there has been no collusion among the Parties; (iii) no compensation in any form has passed directly or indirectly from any of the Defendants to the Plaintiffs or Plaintiffs' attorneys, and no promise to give any such compensation has been made; (iv) the voluntary dismissal is made without prejudice and therefore will not have any preclusive effect on any other action or Snap Inc. shareholder to pursue claims; and (v) Defendants will not suffer any prejudice as they do not oppose this voluntary dismissal.

DATED: February 26, 2025

*[signature: George H. Wu]*

―――――――――――――――――――――
Hon. George H. Wu
United States District Judge

2
[PROPOSED] ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL